LINDA G. DOBSON v. SUBSTITUTE TRUSTEE SERVICES, INC., SUBSTITUTE TRUSTEE; WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR EQUIVANTAGE HOME EQUITY LOAN TRUST, 1996-4, NOTE HOLDER; EQUIVANTAGE, INC.; AND AMERICA'S SERVICING COMPANY

No. 260A11

(Filed 10 November 2011)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 711 S.E.2d 728 (2011), reversing an order granting partial summary judgment for plaintiff and denying summary judgment for defendants entered on 28 December 2009 by Judge Russell J. Lanier, Jr. in Superior Court, Duplin County, and remanding for additional proceedings. Heard in the Supreme Court 17 October 2011.

*Legal Aid of North Carolina, Inc., by Celia Pistolis, John Christopher Lloyd, and Anne J. Randall, for plaintiff-appellant.*

*Law Firm of Hutchens, Senter & Britton, P.A., by John A. Mandulak, for defendant-appellees Wells Fargo Bank Minnesota, N.A., as Trustee for Equivantage Home Equity Loan Trust, 1996-4, and America's Servicing Company.*

*Steven M. Virgil for North Carolina Association of Community Development Corporations, amicus curiae.*

**AMWARD HOMES, INC. v. TOWN OF CARY**

[365 N.C. 305 (2011)]

*Carlene McNulty and Judith Welch Wegner for North Carolina Justice Center; Carlene McNulty, Nina F. Simon, pro hac vice, and Joanne L. Werdel for Center for Responsible Lending; Carlene McNulty and Thomas A. Cox, pro hac vice, for Maine Attorneys Saving Homes; and North Carolina Justice Center, by Carlene McNulty, for North Carolina Advocates for Justice, AARP Foundation Litigation, Financial Protection Law Center, and National Association of Consumer Advocates, amici curiae.*

PER CURIAM.

AFFIRMED.